IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOARDACTIVE CORPORATION., <br><br> *Plaintiff,* <br><br> v. <br><br> FOURSQUARE LABS, INC., <br><br> *Defendant.* | § § § § § § § § § § § § **Civil Action No.** <br> **1:22-CV-00597** |

**JOINT MOTION TO STAY CASE PENDING SETTLEMENT DISCUSSIONS**

Plaintiff BoardActive Corporation ("Plaintiff") and Defendant Foursquare Labs, Inc. ("Foursquare"), jointly and by respective counsel, move the Court to stay this matter for thirty (30) days pending settlement discussions.

1. Plaintiff and Foursquare have agreed to a resolution of this dispute.

2. In order to focus their efforts on finalizing the resolution, memorializing the terms in writing, and settling the case, Plaintiff and Foursquare jointly request that the Court stay this matter for thirty (30) days, including the deadlines for Foursquare's Answer to the Amended Complaint.

WHEREFORE, Plaintiff and Foursquare, jointly and by counsel, respectfully move the Court to stay this matter for thirty (30) days pending settlement discussions.

Respectfully Submitted,

| | |
|---|---|
| /s/ Shelley A. Kinsella | /s/ Chad S.C. Stover |
| Shelley A. Kinsella (#4023) | Chad S.C. Stover (No. 4919) |
| **ARMSTRONG TEASDALE, LLP** | BARNES & THORNBURG LLP |
| 1007 N. Market Street, 3rd Floor | 222 Delaware Avenue, Suite 1200 |
| Wilmington, DE 19801 | Wilmington, Delaware 19801-1050 |
| Telephone: (302) 416-9672 | Telephone: (302) 300-3474 |
| Email: SKinsella@atllp.com | Email: chad.stover@btaw.com |
| | |
| | Jonathan P. Froemel (*admitted pro hac vice*) |
| Edward F. Behm (*admitted pro hac vice*) | Michael A. Carrillo (*admitted pro hac vice*) |
| Mark Halderman (*admitted pro hac vice*) | Megan New (*admitted pro hac vice*) |
| **ARMSTRONG TEASDALE, LLP** | Josh Denison (*admitted pro hac vice*) |
| 2005 Market Street, 29th Floor | BARNES & THORNBURG LLP |
| Philadelphia, PA 19103 | One N. Wacker Drive, Suite 4400 |
| Telephone: (267) 780-2000 | Chicago, Illinois 60606-2833 |
| Email: ebehm@atllp.com | Telephone: (312) 357-1313 |
| mhalderman@atllp.com | Email: jonathan.froemel@btlaw.com |
| | michael.carrillo@btlaw.com |
| | megan.new@btlaw.com |
| *Counsel for Plaintiff* | josh.denison@btlaw.com |
| | |
| | *Counsel for Defendant.* |

Dated: April 17, 2023

**CERTIFICATE OF SERVICE**

  I, Shelley A. Kinsella, hereby certify that on this 17th day of Apirl, 2023, I filed electronically a copy of the foregoing *Joint Motion to Stay Case Pending Settlement Discussions*. This document is available for viewing and downloading from the ECF system and electronic notification has been sent to all counsel of record via the court's CM/ECF system.

            */s/Shelley A. Kinsella*
            Shelley A. Kinsella